## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

LifeQuest Nursing Center,        :
              Petitioner     :
                           :
            v.              :       No. 1250 C.D. 2017
                           :
Workers' Compensation      :
Appeal Board (Tisdale),        :
             Respondent   :

## **O R D E R**

NOW, September 6, 2018, upon consideration of respondent's application for reconsideration/reargument, and petitioner's answer in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge
